COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER

Appellate case name:      Gomez v. State

Appellate case number:   01-12-00972-CR

Trial court case number:  14574A

Trial court:                    344th District Court of Harris County, Texas

The Court requests briefing in this case. Appellant's brief is due January 4, 2013. The State's brief is due January 18, 2013. Because of the expedited nature of this appeal, extension of time will not be granted absent extraordinary circumstances. *See* TEX. R. APP. P. 31.

It is so ORDERED.

Judge's signature:   **/s/ Justice Harvey G. Brown**
                              acting individually

Date:                   December 17, 2012